**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REINTEGRATIVE THERAPY ASSOCIATION, INC., a California corporation; and DR. JOSEPH NICOLOSI JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID J. KINITZ, an individual; and TRAVIS SALWAY, an individual,<br><br>Defendants. | Case No.: 3:21-cv-1297-BEN-BLM<br><br>**ORDER TO SHOW CAUSE AS TO WHY PLAINTIFFS FAILED TO COMPLY WITH COURT ORDER**<br><br>**[ECF Nos. 13, 19]** |

## I. <u>INTRODUCTION</u>

On October 8, 2021, Plaintiffs filed a Motion seeking to serve Defendant David J. Kintiz ("Mr. Kinitz") by e-mail. ECF No. 6. On November 4, 2021, the Court denied in part this motion because Rule 4 of the Federal Rules of Civil Procedure and the Hague Convention require plaintiffs to serve the relevant Central Authority before attempting alternative means of service. ECF No. 13. Thus, the Court ordered Plaintiffs to first, attempt to serve Mr. Kinitz by serving the Central Authority for Ontario, Canada. *Id.* at 16. Only if they received notice that Mr. Kinitz could not cannot be served through service upon the Central Authority, were they to serve Mr. Kinitz at his publicly listed e-mail address of david.kinitz@mail.utoronto.ca within ten (10) days of the Order, using

the "Return Receipt Requested" feature. *Id.* On November 12, 2021, Plaintiffs filed a Proof of E-mail Service, which attached the Court's order and advised it was serving Mr. Kinitz by e-mail "pursuant to the Order." ECF No. 19 at 3. However, this "Proof of Service" provided no information as to any failed attempts to serve the Central Authority. *Id.*

Within seven (7) days of this order, Plaintiffs are ordered to either (1) provide the Court with proof that they unsuccessfully attempted service upon the Central Authority before attempting e-mail service or (2) show cause as to why they failed to comply with the Court's order.

**IT IS SO ORDERED.**

DATED:    November 15, 2021

**HON. ROGER T. BENITEZ**
United States District Judge