# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINTEGRATIVE THERAPY ASSOCIATION, INC., a California corporation; and DR. JOSEPH NICOLOSI JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID J. KINITZ, an individual; and TRAVIS SALWAY, an individual,<br><br>Defendants. | Case No.: 3:21-cv-1297-BEN-BLM<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO EXTEND TIME FOR SERVICE ON DAVID KINITZ**<br><br>**[ECF No. 26]** |

On February 2, 2022, Plaintiffs Reintegrative Therapy Association, Inc., a California Corporation; and Dr. Joseph Nicolosi Jr., an individual (collectively, "Plaintiffs") filed an *Ex Parte* Application to Extend Time for Service on Defendant David Kinitz, an individual ("Mr. Kinitz"). ECF No. 26. Mr. Kinitz is residing in Canada and on October 8, 2021, Plaintiffs sought leave to serve Mr. Kinitz by email. ECF No. ECF No. 6. On November 4, 2021, this Court DENIED-IN-PART Plaintiffs' request and ordered they "attempt to serve Mr. Kinitz by serving the Central Authority for Ontario, Canada." ECF No. 13 at 16. The Court further ordered that if Mr. Kinitz cannot be served through the Central Authority, to serve him "at his publicly listed email address . . . ." *Id.*

The Court gave Plaintiffs ninety (90) days to effectuate service on Mr. Kinitz. *Id.*

Plaintiffs' *Ex Parte* request claims counsel began the procedure for service through the Central Authority on November 4, 2021, but the process, "even in Canada, typically requires several months." ECF No. 26-1 at 2. Plaintiffs state "[i]t remains unclear why service through the Hague Convention has yet to be either effected or deemed impossible, but Plaintiffs are optimistic that they will hear back from the Central Authority soon." *Id.* at 3. Plaintiffs' counsel, Paul M. Jonna, attached a Declaration to the *Ex Parte* Application stating the efforts taken to serve Mr. Kinitz through the Central Authority. Declaration of Paul M. Jonna, ECF No. 26-2 at 2. The Central Authority received the packet on December 9, 2021, and Mr. Jonna's firm has "followed up with the agency but not yet received any confirmation as to whether service has or has not been completed." *Id.* Plaintiffs request an additional ninety (90) days to complete service on Mr. Kinitz through the Central Authority. ECF No. 26-1 at 3.

Good cause appearing, the Court **GRANTS** Plaintiffs' request for an extension. Plaintiffs shall have ninety (90) days from the date of this order to effectuate service of process.

**IT IS SO ORDERED.**

DATED: February 04, 2022

**HON. ROGER T. BENITEZ**
United States District Judge