FILED

FEB 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| REINTEGRATIVE THERAPY ASSOCIATION, INC., a California Corporation; JOSEPH NICOLOSI, Jr., an individual,<br><br>           Plaintiffs-Appellees,<br><br>  v.<br><br>DAVID J. KINITZ, an individual; TRAVIS SALWAY, an individual,<br><br>           Defendants-Appellants. | No.   22-56009<br><br>D.C. No. 3:21-cv-01297-BEN-BLM Southern District of California, San Diego<br><br>ORDER |

Before: CANBY, M. SMITH, and BRESS, Circuit Judges.

Appellees' motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 13) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief is due March 24, 2023; the answering brief is due April 21, 2023; and the optional reply brief is due within 21 days after service of the answering brief.